# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 727 MAL 2018

                Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

              v.   :

JO LEE DIDYOUNG,   :

                Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.